|   |   |
|---|---|
| 1 | In the United States District Court |
| 2 | For the District of Oregon |

```
4   Kenneth Eric Hunt                    |
5   Helen Alma Crawford                  |   Case No. 2:23-cv-00822-IM
6        Petitioner                      |
7   v.                                   |   42 U.S.C. §1983
8   Jamie Miller, Superintendent         |
9   Oregon Department of Corrections     |
10  Snake River Correctional Institution |   Complaint
11  SGT. M. Aly                          |
12  Heidi Steward, Director of prison's  |
13           defendant's                 |
```

The petitioner[s] brings this suit for the requiring of Oregon inmates to pay higher postage to mail out property by Priority Mailing that requires first class, postage instead of being able to use parcel post or 3rd or 4th class postage also known as bulk rate mailing, in which more inmates would be able to afford. I Kenneth Eric Hunt, have requested the procedures for mailing out property via bulk rate mailing. The responses I received were (1)instructions for priority mailing, and (2)a response that inmates must use priority mailing to mail out any property. By the ODOC requiring this the inmates of the ODOC now have to ask our family and friends for money to pay the higher priority mailing prices. I have found no OAR or ODOC rule

1. that requires that inmates must use the higher priced priority mailing
2. requiring first class postage for mailing out property. Upon further research
3. I have found no federal rules requiring that inmates must use priority
4. mailing in order to mail out any property.  In turn we find that Snake River
5. Correctional Institution, Jamie Miller, SGT Aly, and the Oregon Department
6. of Corrections, and Heidi Steward Director of prisons, are in violation of the
7. first amendment of the U.S. Constitution.
8. **O.A.R. 291-117-0140 (b)**
9.    (b) Staff shall direct inmates in writing to bring their aggregate property
10. within the capacity of designated storage space. The facility will hold an
11. inmate's excess property for no more than 30 days following the date of
12. staff's written order directing the inmate to mail out or dispose of the
13. inmate's excess property. If after 30 days the inmate has not made
14. arrangements to mail out or dispose of the item(s), the department shall
15. confiscate the property as contraband and discard it.  At this time the
16. inmate will loose their property if they cannot afford to pay for priority
17. mailing.
18. Helen Alma Crawford has sent Kenneth Eric Hunt more funds to be ably to
19. send out his property in order to keep within ODOC compliance. Kenneth
20. Eric Hunt has copies of his trust account showing the mailouts. The Oregon
21. Department of Corrections inmates (AIC's) are being required to use
22. priority mailing to send out property at a higher rate.  The priority boxes
23. run is three sizes from small at $11.56 + 2.00 per pound extra plus postage
24. for any thing that does not fit in the box "8 5/8 x 5 3/8 x 1 5/8", the next is

1. medium at $18.94 + 2.00 per pound extra plus postage for any extra "12
2. x12 x5 ½", third is large at $23.89 + 2.00 per pound extra plus postage "13
3. 5/8 x11 7/8 x 3 3/8". I have found no OAR or ORS requiring AIC's to use
4. priority postage per the response to my inmate communications form
5. response exhibits 1- 11 that also shows no reference to any ORS or OAR or
6. ODOC rule.
7.   I can furnish upon request copies of my trust account statement showing
8. the purchases of these higher priced postage containers. My DOC PRAS
9. award payment is $77.50 per month minus $2894.00 for child support,
10. $356.40 for school, between $281.00 and $1000.00 for legal filing for
11. appeal's and PCR etc… leaving next to nothing for hygiene and food. Legal
12. copies are 0.10 per page, legal prints are 0.10 per page, and 0.50 per page
13. for AIC trust account statement then we pay postage.
14.   ODOC now trying to profit off the AIC's being ordered and
15. required to pay for priority first class postage plus extra just to keep in
16. compliance with property rules listed above. Helen Alma Crawford has
17. spent a good amount of money out of her paycheck to keep me out of
18. being disciplined for excessive property. Nothing in OAR 291-117-0140 nor
19. OAR 291-131-0020, or OAR 291-139-0170, or OAR 291-131-0021, or OAR
20. 291-117-0070, says any thing about inmates being required to use the
21. higher priced priority first class mailing in order to mail out property.
22. Now on this 30th day of May,2023 the Snake River Correctional institution
23. Is implementing a facility wide property reduction. All AIC's are required to
24. reduce their property even if they cant afford the high price of the priority

1  mailing. The majority of the AIC's cannot afford the high prices when they
2  are awarded 20.00 to 40.00 dollars per month the mandatory property
3  reduction gives AIC's 30 days or the property is taken and destroyed and
4  the AIC is disciplined by cell in or Disciplinary Segregation (DSU) for non
5  compliance for the fact that they cant afford the priority mail prices here at
6  SRCI. Reference Morrison v. Hall No. 261 F3d 896 (9th Cir. 2001)
7  Dated this 30th day of May, 2023

   Kenneth Eric Hunt
   16645850
   777 Stanton Blvd
   Ontario, Oregon  97914

**Oregon Department of Corrections - Inmate Mail**
Institution  SRCI            SID 16645850
Name Kenneth Eric Hunt,
Address 777 Stanton Blvd
City Ontario            State OR  Zip 97914

BOISE ID 837

2 JUN 2023    PM 2

FOREVER USA
Barn Swallow
PROTECT ENDANGERED SPECIES

U.S. District Court
District of Oregon
1000 S.W. Third Ave
Portland, Oregon
97204-2902

97204-293790