IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **KENNETH ERIC HUNT**, | Case No. 2:23-cv-00822-IM |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| **HELEN ALMA CRAWFORD** *et al.*, | |
| Defendants. | |

**IMMERGUT, District Judge.**

  Plaintiff Kenneth Eric Hunt ("Hunt"), a self-represented litigant in custody at Snake River Correctional Institution, filed this civil rights action pursuant to 42 U.S.C. § 1983. On July 10, 2023, the Court, noting that Hunt had accumulated three strikes under 28 U.S.C. § 1915(g), ordered Hunt to prepay the $402.00 filing fee within thirty days if he wished to proceed (ECF No. 4). The Court advised Hunt that failure to pay the filing fee within the specified time would result in the dismissal of this action.

///

PAGE 1 – ORDER OF DISMISSAL

Hunt did not pay the filing fee within the thirty-day period, not did he request an extension of time in which to do so. Accordingly, IT IS ORDERED that this action is DISMISSED, without prejudice.

**IT IS SO ORDERED.**

DATED this  29th  day of August, 2023.

Karin J. Immergut
United States District Judge

PAGE 2 – ORDER OF DISMISSAL